# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carlos Edgardo Rincones-Vega**<br>YOB: 1996; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-06092MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 15, 2021, at or near Nogales, in the District of Arizona, **Carlos Edgardo Rincones-Vega**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on February 20, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Carlos Edgardo Rincones-Vega** is a citizen of Mexico. On February 20, 2021, **Carlos Edgardo Rincones-Vega** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On November 15, 2021, agents found **Carlos Edgardo Rincones-Vega** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Carlos Edgardo Rincones-Vega** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]   *Lynnette C. Kimmins* | DATE<br>November 16, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54